UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LATT GEORGE,

               Plaintiff,

-against-

THE CITY OF MOUNT VERNON, et al.,

               Defendants.

**ORDER**

23-CV-04129 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Initial Pretrial Telephone Conference held on July 19, 2023. Counsel for all parties appeared by telephone.

    As stated on the record, the parties are directed to, by 5:00 p.m. on July 26, 2023, file their contemplated Order and Stipulation: (i) eliminating reference to the First, Fourth, Fifth, and Eighth Amendments in the first claim for relief; (ii) substituting the City of Mount Vernon for the City of New York in the third claim for relief; and (iii) withdrawing the fifth claim for relief.

    Additionally, Plaintiff is directed to, by 5:00 p.m. on July 26, 2023, file a letter via ECF advising the Court whether he intends to withdraw or pursue the second and sixth claims for relief.

    A Civil Case Discovery Plan and Scheduling Order will be docketed separately.

                                   SO ORDERED:

Dated:  White Plains, New York
          July 19, 2023

                                   PHILIP M. HALPERN
                                   United States District Judge