> Application denied to the extent Plaintiff seeks to re-open the action as the Court lacks jurisdiction. Plaintiff is free to commence a plenary action in the court Plaintiff deems appropriate.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 5, 2024

# UMOH LAW FIRM

**ATTORNEY**
90 BROAD ST, 1...
NEW YORK, N...

TEL: 718.360.0527    EMAIL: numoh@u...

By ECF

June 3, 2024

Magistrate Judge Judith C. McCarthy
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601
McCarthy_NYSDChambers@nysd.uscourts.gov

<u>Re: Latt George v. The City of Mount Vernon et. al</u>
<u>Case No: 23-cv-04129</u>

Your Honor:

    I represent Latt Geroge, the plaintiff, and write seeking the Court's guidance regarding the settlement the parties entered into in this matter. Pursuant to the CPLR, payment was to be made within 90 days of the executed General Release. Plaintiff submitted the release on January 30, 2024, and it now 125 days out without having received the payment.

    We are seeking an Order to either expedite payment on this matter, clarification on when payment will be made, or entry of judgment on Mr. George's behalf.

    I thank the Court for your attention to this matter.

Respectfully,

Uwem Umoh, Esq.

Cc: counsel for defendants via ECF.